UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

JESSE JAMES PERRY,

               Plaintiff,

   v.

CAMRON CARRILLO, *et al*.,

               Defendants.

Case No. C21-5274-BJR-SKV

REPORT AND RECOMMENDATION

      Plaintiff Jesse James Perry is currently confined at the Pierce County Jail in Tacoma, Washington. On April 15, 2021, plaintiff submitted to this Court for filing a civil rights complaint under 42 U.S.C. § 1983 in which he alleges that defendants violated his constitutional rights by denying him necessary medical care. (*See* Dkt. 1-1.) More specifically, plaintiff appears to complain that defendants took from him medical equipment that had been prescribed for him by an outside provider. (*Id*.) While plaintiff submitted with his complaint an application to proceed with this action *in forma pauperis*, he failed to submit his application on the proper form. (*See* Dkt. 1.) The Clerk therefore sent plaintiff a letter advising him that his submission was deficient, and that he would have to resubmit his application on the proper form by May 17,

REPORT AND RECOMMENDATION - 1

2021, or risk dismissal of this action.[1]  (Dkt. 2.)  The Clerk included with the letter a copy of the proper form.  (*Id*.)  To date, plaintiff has not submitted a corrected application to proceed *in forma pauperis*.

As plaintiff has had ample time to correct the deficiency identified by the Clerk, but has failed to do so, this Court recommends that the instant action be dismissed without prejudice for failure to prosecute.  A proposed order accompanies this Report and Recommendation.

Objections to this Report and Recommendation, if any, should be filed with the Clerk and served upon all parties to this suit within **twenty-one (21) days** of the date on which this Report and Recommendation is signed.  Failure to file objections within the specified time may affect the right to appeal.  Objections should be noted for consideration on the District Judge's motions calendar for the third Friday after they are filed.  Responses to objections may be filed within **fourteen (14) days** after service of objections.  If no timely objections are filed, the matter will be ready for consideration by the District Judge on **August 13, 2021**.

DATED this 20th day of July, 2021.

S. KATE VAUGHAN
United States Magistrate Judge

---

[1] Plaintiff's *in forma pauperis* application was also deficient because he failed to submit a copy of his prison trust account statement with the application, but the Clerk did not note this deficiency in the letter.

REPORT AND RECOMMENDATION - 2