UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JESSE JAMES PERRY,<br><br>Plaintiff,<br><br>v.<br><br>CAMRON CARRILLO, et al.,<br><br>Defendants. | CASE NO. 3:21-cv-05274-BJR<br><br>ORDER ADOPTING REPORT AND RECOMMENDATION AND DISMISSING ACTION |

The Court, having reviewed the Report and Recommendation of the Honorable S. Kate Vaughan, United States Magistrate Judge, and the remaining record, hereby finds and ORDERS: (1) The Report and Recommendation is approved and adopted. (2) This action is DISMISSED without prejudice for failure to prosecute. (3) The Clerk is directed to send copies of this Order to plaintiff and to Judge Vaughan.

DATED this 27th day of August, 2021.

Barbara Jacobs Rothstein
U.S. District Court Judge